No. 89–901. W. R. GRACE & CO.-CONN. v. DEPARTMENT OF REVENUE OF MONTANA ET AL., 493 U. S. 1094. Motion of re-

spondent Department of Revenue of Montana for damages and costs denied.